

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

WAKESHA IVES,                       §                  No. 08-16-00026-CR

             Appellant,           §                  Appeal from the

v.                             §               384th District Court

THE STATE OF TEXAS,        §             of El Paso County, Texas

               State.             §               (TC# 20130D04844)

§

# O R D E R

The Court GRANTS the Appellant's Reply Brief first motion for extension of time within which to file the brief until **March 1, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jim Darnell, the Appellant's Attorney, prepare the Appellant's reply brief and forward the same to this Court on or before March 1, 2017.

IT IS SO ORDERED this 26th day of January, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.